IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RON WHITEHEAD,

   Plaintiff,

     v.

    CIVIL ACTION FILE
    NO. 1:17-CV-3305-TWT

KAYMAR WILLIAMS
AND ALL OCCUPANTS,

   Defendant.

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Clayton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Clayton County.

SO ORDERED, this 10 day of October, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Whitehead\r&r.wpd